Wilfred Samuel RATTIGAN, Appellant

v.

Eric H. HOLDER, Jr., Attorney General, Appellee.

No. 13–5374.

United States Court of Appeals, District of Columbia Circuit.

March 13, 2015.

James R. Klimaski, Klimaski & Associates, PC, Washington, DC, Jonathan Clifford Moore, Joshua Samuel Moskovitz, Beldock Levine & Hoffman LLP, New York, N.Y., for Appellant.

DOJ Appellate Counsel, Charles Wylie Scarborough, Stuart F. Delery, Marleigh D. Dover, U.S. Department of Justice, Ronald C. Machen, Jr., Esquire, U.S. Attorney's Office, Washington, DC for Appellee.

Before: GARLAND, Chief Judge, KAVANAUGH, Circuit Judge, and WILLIAMS, Senior Circuit Judge.

### JUDGMENT

PER CURIAM.

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in

accordance with the opinion of the court filed herein this date.